GOTTLIEB & ASSOCIATES
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

**MEMO ENDORSED**

May 4, 2021

<u>VIA ECF</u>

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The telephonic Initial Case Management Conference scheduled for Tuesday, May 11, 2021 at 11:00 a.m. is hereby rescheduled to <u>Monday, June 21, 2021 at 11:15 a.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 05/05/2021

Re:   *Graciano v. Leslies Poolmart, Inc.*,
       Case No.: 1:20-cv-10516-PAG-KHP

Dear Judge Parker,

The undersigned represents Sandy Graciano, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Leslies Poolmart, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for May 11, 2021 at 11:00 AM (Dkt. 9) be adjourned until after the Defendant's Answer is due.[1] Counsel for Defendant joins in this request.

Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Jeffrey M. Gottlieb, Esq.*

Jeffrey M. Gottlieb, Esq.

cc: All counsel of record via ECF

---

[1] The Defendant's Answer is currently due June 1, 2021. (Dkt. 15).