UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SANDY GRACIANO, on behalf of
himself and all other persons
similarly situated,

                              Plaintiffs,                    20-CV-10516 (PAE) (KHP)

            -against-                           **ORDER ADJOURNING INITIAL CASE MANAGEMENT**

LESLIE'S POOLMART, INC.,

                              Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light the Notice of Voluntary Dismissal filed on June 1, 2021 (doc. no 18) the Initial Case Management Conference currently scheduled for **June 21, 2021** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:      New York, New York
                June 2, 2021

                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge